**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

11  CSNK WORKING CAPITAL,                          No. C-11-03579  (DMR)

12              Plaintiff,                          **ORDER VACATING ALL DEADLINES
                                                    AND STAYING CASE**

13         v.

14  DAVID SMITH,

15              Defendant.
   _____/

16

17         Plaintiff filed a notice with the court indicating that Defendant filed a Chapter 7 Bankruptcy

18  Petition in the Northern District of Illinois on October 10, 2011.  [*See* Docket No. 12 Ex. A.]

19  Accordingly, the court hereby ORDERS all hearings and deadlines in this case VACATED and this

20  case STAYED until the resolution of Defendant's bankruptcy action.  The court further ORDERS

21  Plaintiff to file a status report on the present matter by February 28, 2012.

22

23         IT IS SO ORDERED.

24

25  Dated:  October 24, 2011

26                                                  _____
                                                    DONNA M. RYU
27                                                  United States Magistrate Judge

28