UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CSNK WORKING CAPITAL, | No. C-11-03579 (DMR) |
| Plaintiff, | **ORDER VACATING ALL DEADLINES AND STAYING CASE** |
| v. | |
| DAVID SMITH, | |
| Defendant. _____/ | |

Plaintiff filed a notice with the court indicating that Defendant filed a Chapter 7 Bankruptcy Petition in the Northern District of Illinois on October 10, 2011. [*See* Docket No. 12 Ex. A.] Accordingly, the court hereby ORDERS all hearings and deadlines in this case VACATED and this case STAYED until the resolution of Defendant's bankruptcy action. The court further ORDERS Plaintiff to file a status report on the present matter by February 28, 2012.

IT IS SO ORDERED.

Dated: October 24, 2011



DONNA M. RYU
United States Magistrate Judge